IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RAVONDA C. BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:12-1029 |
| NEOPOST USA, INC. | ) | Jury Demand |
| Defendant. | ) | Chief Judge Todd J. Campbell |
| | ) | Magistrate Judge Juliet E. Griffin |

**JOINT CASE MANAGEMENT ORDER**

The Parties, by and through counsel, submit the following Proposed Case Management Order.

*I.* *JURISDICTION AND VENUE*

Plaintiff submits that this Court has personal jurisdiction over the Defendant, and that venue is appropriate in this Court. Defendant does not contest personal jurisdiction or venue.

*II.* *PARTIES THEORIES OF THE CASE*

*A. Plaintiff's Theory of the Case*

Plaintiff alleges that Defendant is liable to Plaintiff pursuant to the following causes or action: (1) unlawful discrimination on the basis of sex for the failure to promote Plaintiff under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq., the Civil Rights

Act of 1991, 42 U.S.C. § 1981a, and under Tenn. Code Ann. §§ 4-21-101 et seq., the Tennessee Human Rights Act; (2) retaliation pursuant to 42 U.S.C. § 2000e-3 and Tenn. Code Ann. § 4-21-311.

### B. Defendant's Theory of the Case

Defendant neither discriminated Ms. Brown on the basis of her gender, nor retaliated against her for any alleged protected activity. Her claims, to the extent that they pertain to Defendant's selection of the General Manager of the Atlanta office, are time barred. Her claims relating to Defendant's section of its District Manager in 2012 will fail because Plaintiff was less qualified than the individual who was selected for the position.

### III.    SCHEDULE OF PRE-TRIAL PROCEEDINGS

#### A. Rule 26(a)(1) Disclosure

The Parties shall make their Rule 26 (a)(1)(A) through (E) disclosures within thirty (30) days from the date of the initial case management conference.

#### B. Other Pretrial Discovery Matters

This case will be set for a jury trial by separately entered order.

Any Motions for Leave to Amend Shall be filed on or before March 15, 2013.

All written discovery shall be served by such time as a response is due on or before completed by June 28, 2013. All fact depositions shall be complete on or before June 28, 2013. All discovery of any type shall be complete on or before June 28, 2013.

All motions relating to discovery shall be filed on or before July 8, 2013.

By the close of business on April 1, 2013, Plaintiff shall declare to Defendant (<u>not</u> file with the Court) the identity of Plaintiff's expert witnesses and provide all information specified in Rule 26 (a)(2)(B)-(C).

By the close of business on May 1, 2013, the Defendant shall declare to the Plaintiff (<u>not</u> file with the Court) the identity of its expert witnesses and provide all the information specified in Rule 26 (a)(2)(B)-(C).

By the close of business on May 31, 2013, the Parties shall declare (<u>not</u> file with the Court) the identity of any rebuttal expert witnesses and provide all the information specified in Rule 26 (a)(2)(B)-(C).

The depositions of any expert witnesses expected to testify at trial shall be completed on or before July 15, 2013.

All dispositive motions shall be filed by the close of business on August 6, 2013, and any response thereto shall be filed by the close of business on August 27, 2013. Any replies thereto shall be filed on or before September 10, 2013, and leave shall not be required to reply to a motion for summary judgment.

It is so **ORDERED.**

**ENTERED** this the _____ day of _____, 2012.

_____
JULIET GRIFFIN
United States Magistrate Judge

PREPARED FOR ENTRY:

By: /s/ Matt Brothers
      Matt Brothers, (BPR # 016000)
      Timothy A. Roberto, (BPR # 030321)
      PEPPER & BROTHERS, PLLC
      2323 21st Avenue, Suite 502
      Nashville, TN 37212
      (615) 256-4838
      *mbrothers@pepperbrotherslaw.com*
      *troberto@pepperbrotherslaw.com*

APPROVED FOR ENTRY:

By: /s/ Ben Bodzy
      Kim Vance, (BPR # 013444)

Ben H. Bodzy, (BPR # 023517)
BAKER, DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, P.C.
Commerce Center, Suite 800
211 Commerce St.
*kvance@bakerdonelson.com*
*bbodzy@bakerdonelson.com*
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2012, a true and correct copy of the foregoing was served electronically via the Electronic Case Filing System on the below-listed persons:

Kim Vance
BAKER, DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, P.C.
Commerce Center, Suite 800
211 Commerce St.
*kvance@bakerdonelson.com*

Ben H. Bodzy
BAKER, DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ, P.C.
Commerce Center, Suite 800
211 Commerce St.
*bbodzy@bakerdonelson.com*

/s/   Matt Brothers
Matt Brothers