IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RAVONDA C. BROWN            )
                            )        No. 3-12-1029
v.                          )
                            )
NEOPOST USA, INC.           )

O R D E R

Pursuant to the order entered January 3, 2013 (Docket Entry No. 13), counsel for the parties called the Court on January 7, 2013, at which time the following matters were addressed:

1.    The parties have scheduled private mediation on January 15, 2013.

2.    The parties believe that they will reach an agreement on whether or not the trial will be a bench trial. The defendant will provide plaintiff's counsel with a copy of the merger agreement for plaintiff's counsel to review before making a final decision.

3.    Counsel for the parties shall convene a telephone conference call with the Court on **January 21, 2013, at 2:00 p.m.,** to be initiated by defendant's counsel, to address whether the parties were able to reach a resolution of this case and, if so, when they will file an agreed order of dismissal, and, if not, whether the potential for settlement remains, whether the parties have reached an agreement on whether the trial should be a non-jury trial, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge