IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RAVONDA C. BROWN )
 ) No. 3-12-1029
v. )
 )
NEOPOST USA, INC. )

O R D E R

Pursuant to the order entered January 8, 2013 (Docket Entry No. 14), counsel for the parties called the Court on January 21, 2013, at which time they advised that they were able to reach a resolution of this case during the private mediation conducted on January 15, 2013.

The parties shall have until January 25, 2013, to file a stipulation of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for entry of any appropriate order after the parties file a stipulation of dismissal by January 25, 2013.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered November 29, 2012 (Docket Entry No. 12), the pretrial conference and trial were scheduled on December 30, 2013, and January 7, 2014, respectively.