IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RAVONA C. BROWN )
)
v. ) NO. 3-12-1029
) JUDGE CAMPBELL
NEOPOST USA, INC. )

ORDER

The parties have filed a Stipulation of Voluntary Dismissal with Prejudice (Docket No. 16). Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for December 30, 2013, and the jury trial set for January 7, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE